UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN OWEN THOMPSON,

      Plaintiff,

vs.

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant.

Case No. 3:19-cv-00954-slc

---

### STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Susan Owen Thompson, and Defendant, Lincoln National Life Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.


Dated: 3/9/20

**Hawks Quindel, S.C.**
Attorneys for Plaintiff

By: *s/ William E. Parsons*
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Lynn K. Lodahl, State Bar No. 1087992
Email: llodahl@hq-law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

00714783

Dated: 3/9/20            **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorneys for Defendant

By: s/ Byrne J. Decker
    Byrne J. Decker
    Two Monument Square, Suite 703
    Portland, ME 04101
    Telephone: 207-387-2957
    Facsimile: 207-387-2986
    byrne.decker@ogletree.com

00714783          2